IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

LENTZ,

        Plaintiff

v                                   Civil C-1-01-599

CINTI INSURANCE,

        Defendant,

### ORDER

Parties are advised that Trial in the above styled case is RESCHEDULED to the April 2005 trial term. Counsel shall file their Joint Pretrial Order on or before March 5, 2005.

**IT IS SO ORDERED.**

                                                _____s/Herman J. Weber_____
                                                Herman J. Weber, Senior Judge
                                                United States District Court

*Rev.5/01*