UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY LENTZ,

    Plaintiff

    v.                              Civil: c-1-01-599

CINCINNATI INSURANCE CO.,

    Defendant

ORDER OF TRANSFER

The above-entitled case is transferred from the docket of The Honorable Herman J. Weber to the docket of The Honorable Michael H. Watson.

**IT IS SO ORDERED.**

_____
Herman J. Weber, Senior Judge
United States District Court