**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

**In re:  Status Report for Cases Transferred**
**to the Docket of the Honorable Michael H. Watson**
**for the following cases:**


| | |
|---|---|
| **1:00-cv-637** | **USA v. Green** |
| **1:00-cv-766** | **Parker v. Aventis** |
| **1:00-cv-961** | **Ngo v. City of Cincinnati** |
| **1:01-cv-378** | **Brantley v. Cinergy Corp** |
| **1:01-cv-459** | **Sayyah v. Waynoka** |
| **1:01-cv-541** | **USA v. Houck** |
| **1:01-cv-599** | **Lentz v. Cincinnati Ins.** |
| **1:01-cv-639** | **Sanders v. Hill** |
| **1:01-cv-648** | **Noble Intl Ltd v. Bratt Enterprises** |
| **1:01-cv-747** | **Worldwide Equipment v. Miller Industries** |
| **1:01-cv-901** | **Szabo v. Robert Pierce & Assoc** |
| **1:02-cv-50** | **Marx v. Janke** |
| **1:02-cv-164** | **Rivet v. Ford Motor Co** |
| **1:02-cv-179** | **Gallant v. Coolant Control** |
| **1:02-cv-240** | **Ohio Med Instrument v. Pro Med Instruments** |
| **1:02-cv-269** | **Contech Construction v. Zurich** |
| **1:02-cv-311** | **McGuire v. Barnhart** |
| **1:02-cv-326** | **USA v. AMS** |
| **1:02-cv-330** | **Tolliver v. Echman** |
| **1:02-cv-355** | **Anderson v. Avon** |
| **1:02-cv-357** | **O'Neal v. Bagley** |
| **1:02-cv-378** | **Samuel v. Hoog** |
| **1:02-cv-479** | **Jefferson-Pilot Life Ins. v. Kearney** |
| **1:02-cv-554** | **Miller v. Sprague** |
| **1:02-cv-557** | **O'Cull v. Deerfield** |
| **1:02-cv-663** | **Caudill v. Owen** |
| **1:02-cv-714** | **Paradise Farms v. Chiquita Frupac** |
| **1:02-cv-722** | **Fossyl v. Watson** |
| **1:02-cv-751** | **Tackett v. Song** |
| **1:02-cv-766** | **Broach v. Cincinnati** |
| **1:02-cv-836** | **Taylor v. Streicher** |
| **1:02-cv-837** | **Sosby v. Miller Brewing Co** |
| **1:02-cv-847** | **Ohio Natl Life Ins v. Orbitex** |
| **1:02-cv-850** | **Moore v. Erwin** |
| **1:02-cv-853** | **Mohammed v. Penske** |
| **1:02-cv-857** | **In re Broadwing, ERISA Litigation** |
| **1:02-cv-900** | **Celsis v. Incorp.** |

| | |
|---|---|
| 1:02-cv-932 | Howard v. Xerox Corp |
| 1:03-cv-55 | Buckhorn v. Rehrig Pacific |
| 1:03-cv-80 | Williams v. Mortgage Loan |
| 1:03-cv-86 | Cundiff v. Mueller |
| 1:03-cv-91 | Financial Fed Credit v. Vertex Commercial |
| 1:03-cv-96 | USA v. Graham |
| 1:03-cv-116 | Cupp v. Fluor Fernald |
| 1:03-cv-117 | Brennan v. Fluor Fernald |
| 1:03-cv-118 | Fitzgerald v. Fluor Fernald |
| 1:03-cv-119 | Gray v. City of Cincinnati |
| 1:03-cv-165 | Merzin v. Provident Financial Group |
| 1:03-cv-166 | Waldbaum v. Provident Financial Group |
| 1:03-cv-169 | Harmon v. Grizzel |
| 1:03-cv-171 | Todd v. Carter |
| 1:03-cv-175 | River Hills Anesthes v. Comprehensive Anesth |
| 1:03-cv-177 | McKay v. Provident Financial Group |
| 1:03-cv-214 | Nicci v. Hoverson |
| 1:03-cv-222 | Osterday v. Norwood |
| 1:03-cv-229 | Koot v. Provident Financial Group |
| 1:03-cv-237 | Kennedy v. Clermont |
| 1:03-cv-240 | Spitz v. Provident Financial Group |
| 1:03-cv-250 | Darnell v. McGinnis |
| 1:03-cv-252 | Hutchens v. Weltman & Reis |
| 1:03-cv-268 | Lee v. Fluor Fernald |
| 1:03-cv-276 | Skelton v. Sara Lee Corp |
| 1:03-cv-290 | Ira v. Provident Financial Group |
| 1:03-cv-295 | Roders v. Cincinnati Reds |
| 1:03-cv-306 | USA ex re Snamm Inc v. Ford Motor Co |
| 1:03-cv-315 | Silverback Master Ltd. v. Provident Financial |
| 1:03-cv-334 | Steinhouer v. Comfort Systems |
| 1:03-cv-360 | Breech v. Scioto Cty Reg Water |
| 1:03-cv-373 | Kirkland v. Potter |
| 1:03-cv-383 | Strong v. U-Haul Co of Mass. |
| 1:03-cv-384 | Swegles v. U-Haul Co of Mass. |
| 1:03-cv-403 | Tribble v. Graham, et al. |
| 1:03-cv-406 | Armco Emp Ind Fed v. AK Steel Corp |
| 1:03-cv-447 | Hester v. Union Central Life |
| 1:03-cv-452 | Gamble v. Ohio Dept of Jobs |
| 1:03-cv-471 | Proffitt v. AK Steel Corp |
| 1:03-cv-490 | Jones v. Brigano |
| 1:03-cv-495 | Conley v. Bancorp |
| 1:03-cv- 533 | McMillin v. Faith Properties |
| 1:03-cv-546 | Multi-Color Corp v. American Fuji Seal |
| 1:03-cv-553 | Road Sprinkler Fitte v. Casco Fire Protection |
| 1:03-cv-554 | Storm v. Sabre Group |
| 1:03-cv-583 | Hensley v. Mercy Franciscan |

| | |
|---|---|
| 1:03-cv- 584 | Keeper Co v. Chambers |
| 1:03-cv-649 | Worthington v. CDW Corp |
| 1:03-cv-651 | Crutchfield v. Ohio Conference |
| 1:03-cv-662 | EEOC v. Jeff Wyler Chevy |
| 1:03-cv-689 | Donaldson v. Denny |
| 1:03-cv- 703 | Hawes v. University of Cincinnati |
| 1:03-cv- 724 | Quest Comm Corp v. Connect Link |
| 1:03-cv- 731 | City of Cincinnati v. USA |
| 1:03-cv- 754 | Message Factors v. McGinnis |
| 1:03-cv-757 | Torque Inc v. Torque Control Inc |
| 1:03-cv- 787 | Vaughn v. Hitachi |
| 1:03-cv- 789 | Johnson v. Rector Molded Products |
| 1:03-cv- 793 | UNICARE Life & Health Ins v. Myers |
| 1:03-cv- 798 | Colley v. Dialysis Clinic |
| 1:03-cv- 817 | Lumbermens Mutual v. Dayle Montgomery |
| 1:03-cv- 843 | Fidelity Underwriters v. Nationwide Tanks |
| 1:03-cv- 852 | Burnam v. Howard |
| 1:03-cv- 856 | Harbison v. Hartford Life & Accident |
| 1:03-cv- 866 | Lucy v. Heis |
| 1:03-cv- 871 | Brand v. USA |
| 1:03-cv- 875 | Becker v. Rapidigm |
| 1:03-cv- 890 | Steers v. UNUM Provident Corp |
| 1:03-cv-898 | Stanifer v. Smart Papers LLC |
| 1:03-cv- 900 | Leonardi v. Freeman |
| 1:03-cv- 922 | US Bank National Assoc v. Reik |
| 1:03-cv- 923 | Simms v. Miller Brewing |
| 1:03-cv- 925 | Info-Hold Inc v. Sound Merch |
| 1:03-cv- 929 | Davis v. Cincinnati |
| 1:04-cv-3 | Storopack v. Free Flow Packaging |
| 1:04-cv-20 | AEP v. Nester |
| 1:04-cv-25 | Cincom Systems Inc. v. Quantum Corporation |
| 1:04-cv-34 | Rachel v. Leis |
| 1:04-cv-35 | Barret v. Ohio |
| 1:04-cv-37 | Holler v. Hartford Ins |
| 1:04-cv-65 | Schell v. Janssen Pharmaceutical |
| 1:04-cv-68 | SST Materials v. Genchem GMBH |
| 1:04-cv-80 | Farmer v. Cincinnati |
| 1:04-cv-81 | Tucker v. Stayton |
| 1:04-cv-84 | Higgins v. Jeff Wyler Eastgate |
| 1:04-cv-88 | Halsell v. Minafee |
| 1:04-cv-97 | Collins v. ODRC |
| 1:04-cv-100 | McClure v. Ohio |
| 1:04-cv-118 | Snyder v. Scudder Private Investment |
| 1:04-cv-145 | Monfort Supply v. Board of Zoning Appeals |
| 1:04-cv-148 | Procter & Gamble Co. v. Blue Cross Labs |
| 1:04-cv-157 | Cochrun v. Freeson |

| | |
|---|---|
| 1:04-cv-169 | Dale v. Lake |
| 1:04-cv-170 | Brackett v. Lake |
| 1:04-cv-173 | KOST USA v. Old World Industries |
| 1:04-cv-176 | Lawson v. Cincinnati |
| 1:04-cv-178 | Pisces by OPW v. Advanced Polymer Tech |
| 1:04-cv-179 | Murphy v. Global Ground Support LLC |
| 1:04-cv-190 | Kennedy v. Anthem |
| 1:04-cv-192 | Cincinnati Bell v. Cincinnati |
| 1:04-cv-227 | Steel Service v. Count Comm Hamilton Co |
| 1:04-cv-235 | American Telemarketing v Heidel |
| 1:04-cv-236 | Simmons v. US Playing Card Co |
| 1:04-cv-243 | Bailey v. Hempen |
| 1:04-cv-255 | Directors Local Union 212 v. Arthur Electric Co |
| 1:04-cv-256 | Haley v. UNUM Life Ins |
| 1:04-cv-257 | Hoffman v. Werb |
| 1:04-cv-262 | November v. Baxter |
| 1:04-cv-268 | Free Flow Packaging v. Storopack Inc |
| 1:04-cv-272 | Dinvalds v. Postal Service |
| 1:04-cv-279 | Hendricks v. Dept HHS |
| 1:04-cv-290 | Dinvalds v. Postal Services |
| 1:04-cv-295 | Fiorini v. USA |
| 1:04-cv-296 | Jordon v. Thomas and Thomas |
| 1:04-cv-305 | USA v. Ewell |
| 1:04-cv-308 | USA v. Hicks |
| 1:04-cv-309 | Anderson v. VeriFone |
| 1:04-cv-310 | Trombley v. Kendle Intl |
| 1:04-cv-323 | Felson v. Discover Card |
| 1:04-cv-339 | Free Flow Packaging v. Ideepak |
| 1:04-cv-347 | Karlage v. Olvey |
| 1:04-cv-364 | Arvin v. Dept HHS |
| 1:04-cv-373 | Lake v. Leis |
| 1:04-cv-396 | Mesto Paper Karlstad AB v. Valco Cincinnati |
| 1:04-cv-403 | Williams v. Warden |
| 1:04-cv-415 | Guy v. Sears Roebuck |
| 1:04-cv-416 | Rohr Corp. v. Supreme Manufacturing |
| 1:04-cv-420 | Hendricks v. Home Depot |
| 1:04-cv-433 | McClure v. Fischer Homes |
| 1:04-cv-442 | Sayyah v. Waynoka Properties |
| 1:04-cv-444 | Eads v. Cinergy Corp |
| 1:04-cv-458 | Clarke v. Metro Life Ins |
| 1:04-cv-461 | Storey v. Dept HHS |
| 1:04-cv-472 | Miami Wabash v. Lebbing Engineering |
| 1:04-cv-475 | Schippel v. Reynolds and Reynolds |
| 1:04-cv-479 | Bradshaw v. Jeff Wyler Colerain |
| 1:04-cv-484 | Vanzant v. DiamlerChrysler |
| 1:04-cv-498 | Chieftain v. International Brotherhood |

| | |
|---|---|
| 1:04-cv-500 | USA v. Eaton |
| 1:04-cv-501 | Hogan v. Frito Lay |
| 1:04-cv-523 | McCabe v. K Asher Trucking |
| 1:04-cv-526 | Whitley v. Arnett |
| 1:04-cv-528 | Staley v. Paycor |
| 1:04-cv-529 | Stanley-Gomez v. Weltman Weinberg Reis |
| 1:04-cv-537 | American Home Ins v. Massenheimer |
| 1:04-cv-556 | Leach v. CBS Technologies |
| 1:04-cv-557 | Ruggles v. Dept HHS |
| 1:04-cv-576 | Hines v. Milacron |
| 1:04-cv-625 | EEOC v. Tecmetal Group |
| 1:04-cv-634 | Murrell v. Warden |
| 1:04-cv-653 | Carter v. Weyand |
| 1:04-cv-654 | Stamm v. Dept HHS |
| 1:04-cv-655 | Bakhru v. Glaxo Smith Kline |
| 1:04-cv-797 | Corey v. Maxxim Medical |
| 1:04-cv-835 | Communique Production v. Lenscrafters |
| 3:03-cv-127 | Kinley v. Bradshaw |

## ORDER

The previous case scheduling order in the above cases, now transferred to the docket of Judge Michael H. Watson, shall remain in effect until further order of the Court. However, in cases with matters scheduled prior to November 1, 2004, the parties shall contact the Court for confirmation that a scheduled matter will proceed.

In order to edify the court of the status of their case, the parties shall submit a joint status report within seven (7) days of the filing date of this Order.

The status report shall be no longer than two (2) pages in length and set forth the following:

1.    Nature of the case and brief description of claims asserted:

2.    Efforts to settle, pre- and post-filing of Complaint;

3.    Scheduled dates for:

        a.    Discovery Cut-off;

        b.    Dispositive Motions Deadline;

       c.      Settlement Conference;

       d.      Final Pre-trial; and

       e.      Trial.

4.      Any other case-related issues deemed relevant by counsel, jointly.

Parties who have previously consented to trial with a Magistrate Judge may disregard this Order.

               s/Michael H. Watson
               Michael H. Watson
               United States District Judge