UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARY E. LENTZ, | : | Case No.: 01-CV-599 |
| | : | |
| Plaintiff, | : | (Judge Watson) |
| | : | |
| v. | : | |
| | : | |
| CINCINNATI INSURANCE CO., A | : | **STATUS REPORT** |
| SUBSIDIARY OF CINCINNATI | : | |
| FINANCIAL CORPORATION; DAVE | : | |
| J. BALZANO; MARK J. HULLER; | : | |
| JAMES BENOSKI; TIM TIMMEL; | : | |
| AND BRUCE FISHER, | : | |
| | : | |
| Defendants. | : | |

Pursuant to the Court's Order of October 13, 2004, the parties respectfully submit this status report to the Court.

**I.   Nature of Case and Brief Description**

Plaintiff Mary Lentz, formerly a staff attorney with Cincinnati Insurance Company ("CIC") originally filed suit against six Defendants in this case: CIC and five individuals: Mark Huller, Manager of the Trial Division of CIC's Legal Department, David Balzano, former manager of CIC's Dayton law office, James Benoski, Chief Insurance Officer and Vice Chairman, Timothy Timmel, Senior Vice President of Operations; and Bruce Fisher, Vice President, Casualty Claims. Ms. Lentz sued under four different theories: (i) sex discrimination under Title VII; (ii) violation of the Equal Pay Act; (iii) intentional interference with a business relationship with CIC; and (iv) intentional infliction of emotional distress.

In ruling on Defendants' Motion for Summary Judgment, the Court dismissed all claims set forth by Plaintiff except for:

1. the Title VII claim against Cincinnati Insurance Company, and
2. the intentional interference with business relationship and intentional infliction of emotional distress claims against David Balzano.

All other claims and parties were dismissed by the Court's Order.

**II.   Current Status of Case**

Discovery has closed in this case pursuant to the Scheduling Order entered in this case and pursuant to the Court's Order of February 5, 2003 denying Plaintiff's request to extend the discovery deadline. Defendants' Motion for Summary Judgment was filed in this case on

November 1, 2002. The Court issued a ruling on this motion on September 21, 2004. Defendants reserve the right to renew their motion for summary judgment prior to trial based on developments in fact and/or law. Plaintiff reserves the right to renew her motion to reopen discovery to depose the person who replaced Plaintiff.

The Court, by Judge Weber, has set this matter for trial in the April 2005 trial term, with a Joint Pretrial Statement due on March 5, 2005. No firm date for trial has been set by the Court. It is anticipated that the trial of this case will take 4-5 days of trial time.

### III. Settlement Status

To date, no demand has been made by Plaintiff, nor have Defendants offered to settle, so no settlement discussions have taken place. On October 18, 2004 Defendants' counsel received correspondence from Plaintiff's counsel proposing mediation.

SUBMITTED BY:

Deborah S. Adams (0005607)
Jack B. Harrison (0061993)
Trial Attorneys for Defendant
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800

Lynn Pundzak
Trial Attorney for Plaintiff
2nd National Bank Building, Suite 999
830 Main Street
Cincinnati, OH 45202

Michael K. Sutherlin
Trial Attorney for Plaintiff
MICHAEL K. SUTHERLIN & ASSOCIATES
P.O. Box 441095
Indianapolis, IN 46244-1095
(317) 634-6313

CinLibrary 1444526v.1