UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,
    Plaintiff(s),

v.                                    Case No. 1:01cv599
                                      (Watson, J.)

Cincinnati Insurance Company, et al.,
    Defendant(s).

–
_____

**NOTICE**
_____

    Please take notice that the above-captioned case has been set for a scheduling conference before the Honorable Michael H. Watson:

Wednesday, December 8, 2004, at 9:00 am
Room 740 Potter Stewart U.S. Courthouse

Michael H. Watson
United States District Judge


 s/Barbara A. Crum
Courtroom Deputy

cc:   All Counsel
bac   November 24, 2004