UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,
    Plaintiff(s),

v.                                    Case No. 1:01cv599
                                         (Watson, J.)

Cincinnati Insurance Company, et al.,
    Defendant(s).

## CIVIL MINUTES
### Scheduling Conference

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:**
**DATE:** December 8, 2004                 **TIME:** 9:00 am — 9:20 am

Attorney for Plaintiff(s): _____      Attorney for Defendant(s): _____

Lynn Pundzak                                 Deborah Adams

Michael Sutherlin                           Jack Harrison

### PROCEDURES

✓ Counsel Present.

✓ Schedule set.

✓ Order to issue.

J:\Barbara\Civil\Notices by Case Number\2001\01-599.wpd