UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,
    Plaintiff(s),

v.

Case No. 1:01cv599
(Watson, J.)

Cincinnati Insurance Company, et al.,
    Defendant(s).

## CALENDAR ORDER

This case shall proceed as follows:

1. Motion to extend discovery:      **December 22, 2004**

2. Settlement Conference:      **February 10, 2005 @ 9:30 a.m. before Magistrate Judge Timothy S. Black**

3. Jury Instructions:      May 12, 2005

4. Joint final pretrial order:      May 16, 2005

5. Final pretrial conference:      **May 19, 2005 @ 10 a.m.**

6. Jury Trial:      **June 6, 2005 @ 9:30 a.m. Courtroom to be determined**

IT IS SO ORDERED.

December 8, 2004
bac

_____
Michael H. Watson
United States District Judge