UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARY E. LENTZ, ) | |
| ) | Cause No. 1:01-cv-599-MHW |
| Plaintiff, ) | |
| ) | Judge Watson |
| v. ) | |
| ) | |
| CINCINNATI INSURANCE ) | |
| COMPANY, *et al*. ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO RESPOND TO DEFENDANTS' MOTION FOR LEAVE
TO FILE RENEWED MOTION FOR SUMMARY JUDGMENT**

Plaintiff Mary E. Lentz, by counsel, respectfully moves the Court for an extension of time to respond to Defendants' motion for leave to renew its motion for summary judgment. A memorandum in support of this motion is attached.

Respectfully Submitted,

s/[Michael K. Sutherlin]
Michael K. Sutherlin
Attorney for Plaintiff
P.O. Box 441095
Indianapolis, IN 46244-1095
Phone: (317) 634-6313
Fax: (317) 631-8818

s/[Lynn D. Pundzak]
Lynn D. Pundzak (0034684)
Trial Attorney for Plaintiff
Suite 999, Second National

Bldg.

830 Main Street
Cincinnati, OH 45202
513/564-9999
fax: 513/345-4703

e-mail: ldplaw@fuse.net

## Memorandum in Support

Plaintiff Lentz asks the Court to allow her an additional week to respond to Defendants' motion for leave to renew its filing for summary judgment. In support, Plaintiff states as follows:

1. On February 22, 2005, Defendants, by counsel, filed a motion for leave to file a renewed motion for summary judgment.

2. Pursuant to S.D. Ohio Local Rule 7.2(a)(2), Plaintiff's response is due March 15, 2005.

3. Plaintiff respectfully asks this Court for an additional seven (7) days in which to file her response.

4. Counsel for Plaintiff, Michael K. Sutherlin, has recently moved offices and is devoting substantial time to the process of setting up the new office space.

5. Counsel for Plaintiff, Lynn D. Pundzak, is on an expedited trial schedule in the case of Gunning & Associates Marketing, Inc. v. Popper, Case No. A0500809, in the Court of Common Pleas, Hamilton County, Ohio, and trial is expected to begin in approximately two weeks.

6. This motion is not made for the purposes of vexation or delay.

7. Counsel for Plaintiff, Lynn D. Pundzak, contacted opposing counsel, Deborah S. Adams regarding this motion. Ms. Adams indicated she would not object to a seven (7) day extension of time.

WHEREFORE, Plaintiff, by counsel, respectfully moves the Court to grant the motion for an extension of time in which to file her response to Defendants' motion for

leave to file renewed motion for summary judgment up to, and including, March 22, 2005.

          Respectfully Submitted,

          s/[Michael K. Sutherlin]
          Michael K. Sutherlin
          Attorney for Plaintiff
          P.O. Box 441095
          Indianapolis, IN 46244-1095
          Phone: (317) 634-6313
          Fax: (317) 631-8818

          s/[Lynn D. Pundzak]
          Lynn D. Pundzak (0034684)
          Trial Attorney for Plaintiff
          Suite 999, Second National Bldg.
          830 Main Street
          Cincinnati, OH  45202
          513/564-9999
          fax:  513/345-4703
          e-mail:  ldplaw@fuse.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 10th day of March 2005, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    Deborah S. Adams
    Jack B. Harrison
    FROST BROWN TODD, LLC
    2200 PNC Center
    201 East Fifth Street
    Cincinnati, OH 45202
    dadams@fbtlaw.com
    jharrison@fbtlaw.com

          s/[Lynn D. Pundzak]

                                                      Lynn D. Pundzak
                                                      Trial Attorney for Plaintiff