THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.    Case No. 1:01cv599

Cincinnati Insurance Company, et al.,    Judge Michael H. Watson

    Defendants.

### ORDER

This matter is before the Court on Plaintiff's Motion for Extension of Time to Respond to Defendants' Motion for Leave to File Renewed Motion for Summary Judgment. (Doc. 91) The Court hereby GRANTS the motion for good cause shown, and Plaintiff's response, filed on March 18, 2005 (Doc. 93), is hereby deemed timely filed.

**IT IS SO ORDERED.**

                                                  MICHAEL H. WATSON, JUDGE
                                                UNITED STATES DISTRICT COURT

ksw    March 24, 2005