UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARY E. LENTZ, | : | Case No.: 1:01-CV-00599-MHW |
| | : | |
| Plaintiff, | : | Judge Watson |
| | : | |
| v. | : | |
| | : | |
| CINCINNATI INSURANCE CO., et al., | : | **NOTICE OF MANUAL FILING OF** |
| | : | **DEPOSITION TRANSCRIPT OF** |
| | : | **MARY E. LENTZ** |
| | : | |
| Defendants. | : | |

Please take notice that Defendants have manually filed the following:

Deposition Transcript of Mary E. Lentz dated September 30, 2002.

Respectfully submitted,

s/ Deborah S. Adams
Deborah S. Adams (0005607)
Jack B. Harrison (0061993)
Trial Attorneys for Defendants
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800
(513) 651-6981 fax
dadams@fbtlaw.com
jharrison@fbtlaw.com

## CERTIFICATE OF SERVICE

      I hereby certify that on April 21, 2005, I electronically filed the foregoing Notice of Manual Filing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties who are not served via the Court's electronic filing system.

      Respectfully submitted,

s/ Deborah S. Adams
Deborah S. Adams (0005607)
Trial Attorney for Defendants
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
(513) 651-6800
dadams@fbtlaw.com

CinLibrary 1499794v.1