# EXHIBIT A

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARY LENTZ, | : | Case No.: 01-CV-599 |
| Plaintiff, | : | |
| v. | : | AFFIDAVIT OF MARK HULLER |
| CINCINNATI INSURANCE COMPANY, | : | |
| Defendant. | : | |

I, Mark Huller, having been duly cautioned and sworn, hereby state as follows:

1. My name is Mark Huller. I am an attorney employed by the Cincinnati Insurance Company ("CIC"). My title is Senior Counsel and General Manager. I am employed in the Legal Department. The Legal Department is divided into two divisions. One division is the Trial Division. The other division is the Insurance Operations Division. I am the head of the Trial Division.

2. In my position, I have management responsibility for all of the CIC satellite legal offices, including the office located in Dayton, Ohio. I also have the responsibility for hiring and firing attorneys in the Trial Division.

3. On October 9, 2000, CIC hired attorney Tom Ballato to work in the Dayton office.

4. In his work for CIC, Ballato handled relatively simple cases and routine subrogation matters.

5. Ballato did not replace Lentz.

6.  Ballato was far less experienced than Lentz and did very different work. Lentz handled much more complex litigation than Ballato, as well as some more complicated subrogation work. Ballato, in contrast, did routine subrogation work.

7.  In late August of 2001, Shelly Bascom, a secretary in Dayton, reported that she had discovered Ballato viewing an inappropriate image on his office computer. This was reported to me by the Dayton Office Managing Attorney.

8.  During a later discussion related to this report, Ballato admitted to an addiction to pornography for which he was seeking professional treatment.

9.  As a result of Ballato's misconduct I placed him on final warning status and arranged for his computer to be monitored for improper usage on a going forward basis.

10. In February 2002, Bascom reported that Ballato was viewing the image of a woman in a negligee on his office computer.

11. In response to this report, I terminated Ballato.

12. I have read this affidavit. I have had an opportunity to make any corrections or changes I feel are appropriate. I am competent to testify to the matter contained in it.

_____
Mark Huller

Sworn to before me and subscribed in my presence this 25th day of April, 2005.

_____
Notary Public



DEBRA C. CHADWICK
Notary Public, State of Ohio
My Commission Expires 03-21-09