## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Subpoena was served upon Michael K. Sutherlin, Esq., N. Conway, Esq., P.O. Box 441095, Indianapolis, IN 46244-1095 and Lynn D. Pundzak, Esq., Suite 999, Second National Bldg., 830 Main Street, Cincinnati, OH 45202, by regular U.S. mail, postage prepaid, this 6th day of May, 2005.

*[signature]*