UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARY E. LENTZ, ) | |
| ) | CAUSE NO. 1:01-CV-599-MHW |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| CINCINNATI INSURANCE ) | |
| COMPANY, *et al.* ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO SUBMIT BRIEF IN OPPOSITION TO DEFENDANT'S MOTIONS IN LIMINE**

Comes now the Plaintiff, Mary E. Lentz, by counsel, and respectfully requests an extension of time up to and including May 23, 2005 to respond to Defendant's motions in limine. In support of her motion Plaintiff would show the Court as follows:

1. Despite due diligence, Counsel for Plaintiff would need the extension of time in order to respond to Defendant's voluminous 52 pages of memorandum supporting nine separate motions in limine.

2. This motion for extension is not made for the purposes of vexation or delay.

3. Defendant has agreed without objection to an extension of time up to and including May 23, 2005 to file all responses.

WHEREFORE, Plaintiff, by counsel, respectfully requests this Court grant an extension of time in which to file her response to Defendant's motions in limine up to and including May 23, 2005.

    Respectfully Submitted,
    s/[Michael K. Sutherlin]
    Michael K. Sutherlin
    Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on Monday, May 16, 2005, a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Deborah S. Adams
Jack B. Harrison
FROST BROWN TODD, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202
dadams@fbtlaw.com
jharrison@fbtlaw.com

                 s/[Michael K. Sutherlin]
                 Michael K. Sutherlin
                 Attorney for Plaintiff

                 s/[Lynn D. Pundzak]
                 Lynn D. Pundzak
                 Attorney for Plaintiff

Michael K. Sutherlin
Nicholas D. Conway
MICHAEL K. SUTHERLIN & ASSOCIATES
P.O. Box 441095
Indianapolis, IN 46244-1095
Phone: (317) 634-6313
Fax: (317) 631-8818
msutherlin@michaelsutherlin.com