# EXHIBIT 3



## ATTORNEYS

OHIO · KENTUCKY · INDIANA · TENNESSEE

**Deborah S. Adams**
(513) 651-6705
DADAMS@FBTLAW.COM

March 8, 2005

Michael K. Sutherlin, Esq.
Michael K. Sutherlin & Associates
P. O. Box 441095
Indianapolis, IN 46244-1095

    Re:    *Lentz v. Cincinnati Insurance Company*

Dear Mr. Sutherlin:

    As you know, we requested Ms. Lentz's bank statements. You produced bank statements from 1998 except for the months of July 1998 and December 1998. At Ms. Lentz's deposition you said you would produce the missing documents. I have yet to receive them. Please provide them.

    Also, with regard to Ms. Lentz's income since her termination from CIC, Ms. Lentz testified "I know I've earned more money since we responded to documents, and I brought those documents with me, and I will provide them to Mr. Sutherlin." I have not received those documents and would appreciate doing so along with Ms. Lentz's tax returns for 2002, 2003, 2004 and, when available, 2005.

    Sincerely,

    Deborah S. Adams

DSA:tlb