# EXHIBIT 5

Case 1:01-cv-00599-MHW   Document 109-6   Filed 05/17/2005   Page 1 of 2



## ATTORNEYS

OHIO · KENTUCKY · INDIANA · TENNESSEE

**Deborah S. Adams**
(513) 651-6705
DADAMS@FBTLAW.COM

May 3, 2005

Michael K. Sutherlin, Esq.
Michael K. Sutherlin & Associates
P. O. Box 441095
Indianapolis, IN 46244-1095

    Re:   *Lentz v. Cincinnati Insurance Company*

Dear Mr. Sutherlin:

We have not received Ms. Lentz's bank statements from 1998 which we first requested months ago. We also have not received the documents Ms. Lentz testified to at deposition.

> "I know I've earned more money since we responded to documents, and I brought those documents with me, and I will provide them to Mr. Sutherlin."

We are also still waiting for tax returns for 2002, 2003, 2004, and 2005.

Do you intend to produce these documents?

                    Sincerely,

                    Deborah S. Adams

DSA/djs

2200 PNC Center, 201 East Fifth Street    Cincinnati, Ohio 45202-4182    (513) 651-6800 • (513) 651-6981 fax    www.frostbrowntodd.com

CinLibrary 0011523.0480059 1503192v.1