# EXHIBIT 6

**Voicemail Message**
Received: 5/6/05
From: Mike Sutherlin

Uh, Miss Adams, this is Mike Sutherlin, um. Umm…uh… it's not urgent so I am going to leave a voicemail message. I am calling regarding your letter of May 3 and also I guess your earlier letter of May 8. Um…my recollection and understanding is that we are not seeking damages for 2002, 2003, 2004, 2005 with regard to lost wages, so I'm not sure that's relevant, and, uh… that is sorta where we are right now. We are also, uh, working on response to your motions in limine and could you call us back or have somebody call us back. We would like to respond to all of them by, uh, by May 23. I think the first group is actually due on, on the 16th or so, so we're gonna just put 'em all together. Give us a call back… 634-6313, area code 317. Thank you.

CinLibrary 0011523.0480059 1504759v.1