THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

      Plaintiff,

      v.                           Case No. 1:01cv599

Cincinnati Insurance Company, et al.,      Judge Michael H. Watson

      Defendants.

---

**ORDER**

---

This matter is before the Court on Plaintiff's Motion for Extension of Time to Submit Brief in Opposition to Defendant's Motions in Limine. (Doc. 108) The Court hereby GRANTS the motion for good cause shown and extends the date for filing the Brief in Opposition to May 23, 2005.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT

ksw     May 20, 2005