UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff(s),

v.    Case No. 1:01cv599

(Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,

    Defendant(s).

**ORDER**

    This matter has been set for trial on Monday, June 6, 2005, to begin at 9:30 am. The Court has another matter which will take place in the Eastern Division, Columbus. Therefore, the above-captioned case is scheduled as follows:

    1. Settlement Conference before the Honorable Magistrate Judge Timothy S. Black on Monday, June 6, 2005, at 9:30 am, Room 708.

    2. Voir Dire before the Honorable Magistrate Judge Timothy S. Black on Monday, June 6, 2005, at 2:00 pm, Courtroom 716.

    3. Trial shall begin before the Honorable Michael H. Watson on Tuesday, June 7, 2005, at 9:00 am, Courtroom 836.

**IT IS SO ORDERED.**

_/s/ Michael H. Watson_
Michael H. Watson
United States District Judge

bac    May 18, 2005
C:\Documents and Settings\waldks\Local Settings\Temp\notesD30550\01-599.wpd