FILED
JAMES BONINI
CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

05 MAY 24  PM 4: 48

U.S., OHIO
WEST DIV CINCINNATI

| | |
|---|---|
| MARY E. LENTZ,    ) | Cause No. 1:01-cv-599-MHW |
| )  | |
| Plaintiff,    ) | (Judge Watson) |
| )  | |
| v.    ) | |
| )  | |
| CINCINNATI INSURANCE    ) | |
| COMPANY, *et al.*    ) | |
| )  | |
| Defendants.    ) | |

## MOTION TO APPEAR *PRO HAC VICE*

Ohio counsel for the Plaintiff and the Plaintiff, Mary E. Lentz, respectfully

request the Court to grant leave for Nicholas D. Conway to appear *Pro Hac Vice* on

behalf of the Plaintiff in this action.  In support of the motion, counsel states:

1.    This is an action by employee Mary E. Lentz against Cincinnati Insurance

Company, *et al.* for claims under Title VII of the Civil Rights Act of 1964, as amended,

42 U.S.C. § 2000e *et seq.*, and various state law tort claims.

2.    This matter was transferred to this Court from the United States District

Court, Southern District of Indiana, Indianapolis Division.

3.    Mr. Conway is an attorney at law and a member in good standing of the

Bar in the State of Indiana.  *See* Exhibit #1.  He has been admitted to practice before the

Seventh Circuit Court of Appeals, the Southern and Northern Districts of Indiana, and the

Indiana Supreme Court.  He is a member of the law firm of MICHAEL K. SUTHERLIN &

ASSOCIATES.

4.    The Plaintiff respectfully seeks representation by Nicholas D. Conway.

1

5.      Rule 83.4(c) of the Local Rules of the United States District Court for the

Southern District of Ohio states:

> **Participation by Co-counsel.** Any member in good standing of the bar of
> the highest court of any State, who is not otherwise eligible to become a
> member of the bar of this Court, may be permitted to appear and
> participate as counsel or co-counsel upon motion of the trial attorney for
> any party. A motion for permission to appear pro hac vice shall be
> accompanied by a current certificate of good standing by the highest court
> of any state, and the tender of a $50 fee to the Clerk of the Courts. Should
> the application not be granted, the tendered fee will be returned.
> Permission to appear *pro hac vice* may be withdrawn at any time. Such
> motion is not required for the purpose of having participating counsel's
> name appear on the pleadings. Unless otherwise ordered, all counsel
> admitted *pro hac vice* shall register with this Court for electronic filing.
> Admission *pro hac vice* does not entitle an attorney to appear as the "trial
> attorney" required by subsection (a) of this Local Rule.

6.      Counsel Nicholas D. Conway's law firm (MICHAEL K. SUTHERLIN &

ASSOCIATES) is already registered with this Court for electronic filing.  Therefore,

Plaintiff respectfully asks that this be considered substantial compliance with the

applicable portion of Rule 83.4(c).

7.      The required fee of fifty dollars ($50), along with an original and current

Certificate of Good Standing issued from the Indiana Supreme Court, is tendered with

this motion.

WHEREFORE, Ohio counsel for the Plaintiff and the Plaintiff, Mary E. Lentz,

respectfully request the Court to grant leave for Nicholas D. Conway to appear *Pro Hac*

*Vice* on behalf of the Plaintiff in this action.

Respectfully Submitted,

Lynn D. Pundzak
Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following

counsel of record by first class mail, postage prepaid, this *24th* day of May 2005:

> Michael K. Sutherlin
> Nicholas D. Conway
> MICHAEL K. SUTHERLIN & ASSOCIATES
> P.O. Box 441095
> Indianapolis, IN  46244-1095
>
> Deborah S. Adams
> Jack B. Harrison
> FROST BROWN TODD LLC
> 2200 PNC Center
> 201 East Fifth Street
> Cincinnati, OH  45202-4182

Lynn D. Pundzak

Lynn D. Pundzak
Attorney at Law
Suite 999, Second National Bldg.
830 Main Street
Cincinnati, OH  45202
Office:  (513) 564-9999
Fax:  (513) 345-4703

# EXHIBIT #1

# SUPREME COURT OF
# THE STATE OF INDIANA



## *Certification*

**STATE OF INDIANA, SS:**

      I, David C. Lewis, Clerk of the Supreme Court of Indiana, do hereby certify that

_____ NICHOLAS DAVID CONWAY _____

is a member of the bar of said Court since admission on

_____ OCTOBER 20th 2003 _____ , and is in good standing therein.

      GIVEN under my hand and the seal of said Court at Indianapolis, Indiana, this __20th__ day of _____ MAY _____ , 20 __05__ .

_____
DAVID C. LEWIS
CLERK, SUPREME COURT OF INDIANA

Tue May 24 16:45:18 2005

UNITED STATES DISTRICT COURT

CINCINNATI, OH

Receipt No.    100 426892
Cashier        ml1

Tender Type   CHECK

Check Number: 1011

Transaction Type   C

Case No./Def No. 1:05-LB-ATTY  /  1

DO Code     Div No        Acct
4661          1          6855XX

Amount              $    50.00

MICHAEL SUTHERLIN & ASSOC

PRO HAC VICE 1:01-CV-599

Tue May 24 16:45:18 2005

Check No. 1011
Amount$    50.00
Pay any Federal Reserve Bank or
General Depository for credit to
United States Treasury Symbol 4661