UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff(s),

    v.                      Case No. 1:01cv599

                            (Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,

    Defendant(s).

## CIVIL MINUTES
for a
Final Pretrial Conference
before the

**HONORABLE MICHAEL H. WATSON, U.S. DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:**
**DATE:** May 26, 2005   **Time: Commenced** 9:12 **Concluded** 10:40 **Total** 1 hour 38 min.

**Attorney for Plaintiff(s):** _____      **Attorney for Defendant(s):** _____

Lynn D. Punclzak                         Deborah Adams
Michael K. Sutherlin                      Jeric Harrison
Nick Conway                              ~~Butler~~

## PROCEDURES

✓ Counsel Present.

✓ Case to proceed for trial on June 6, 2005.

**Remarks:** _____

_____