IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY E. LENTZ,

    Plaintiff

vs.                                                Case Number: 1:01cv599
                                                     Watson, J; Black, M.J.

CINCINNATI INSURANCE
COMPANY, *et al.*,

    Defendants

**ORDER SETTING SETTLEMENT CONFERENCE**

    This case is hereby set for settlement conference **on JUNE 6, 2005, commencing at 9:30 a.m.,** at the Potter Stewart U.S. Courthouse, 100 E. 5th Street, Room 716, Cincinnati, Ohio. The undersigned U.S. Magistrate Judge will serve as the facilitator of the settlement conference.

    Not later than **JUNE 3, 2005, by 12:00 p.m.,** each party shall submit to the Magistrate Judge only, and without formal filing with the Clerk, a confidential letter of two pages or less regarding potential settlement and updating the parties' prior confidential settlement letters of February, 2005. Such updated letters shall include a new proposal as to how to settle this case now. These letters will be maintained by the Court separate and apart from the case file.

    Throughout the entirety of this settlement conference, party representatives with

complete authority to negotiate a settlement of the case shall be present.

Pursuant to S. D. Ohio Civ. R. 16.3(c), all statements made by the parties relating to the substance or merits of claims or defenses made in the case, whether written or oral, made for the first time during the settlement conference or in the settlement conference statements required above shall be kept confidential by the Court, the parties, and counsel and shall not be admissible in evidence for any reason during the trial of this case.

In the event the settlement conference is not successful, the voir dire will be conducted **JUNE 6, 2005, 2:00 p.m.**

**IT IS SO ORDERED.**

**Date: 5/26/05**                                              s/Timothy S. Black
                                                               Timothy S. Black
                                                               United States Magistrate Judge