UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.

Cincinnati Insurance Company, et al.,

    Defendants.

Case No. 1:01cv599

Judge Michael H. Watson

### ORDER GRANTING MOTION TO APPEAR PRO HAC VICE FOR NICHOLAS D. CONWAY

Before the Court is the May 24, 2005, Motion to Appear *Pro Hac Vice* for Nicholas D. Conway. (Doc. 116)

Nicholas D. Conway is an attorney in good standing admitted in the Supreme Court of Indiana and consents to be subject to the jurisdiction and rules of this District governing professional conduct. Having satisfied the requirements of S.D. Ohio L.R. 83 for admission *Pro Hac Vice*, the May 24, 2005, Motion to Appear (Doc. 116), for representation of Plaintiff in this matter, is hereby **GRANTED**.

*Pro Hac Vice* counsel shall promptly comply with the Court's "Electronic Filing Policies and Procedures Manual" for civil cases, which can be found at the Court's website, www.ohsd.uscourts.gov. Specifically, all counsel should, if able, register for electronic filing, which also enables counsel to receive electronic notice of case events. The Court may elect to send notices only to local counsel if local counsel, but not *Pro Hac Vice* counsel, is authorized to receive electronic notices.

The Clerk of Courts is hereby DIRECTED to serve Attorney Conway with all future pleadings, documents, orders, and other materials in this matter.

**IT IS SO ORDERED.**

                                                                                   /s/ M.H. Watson
                                                                                   MICHAEL H. WATSON, JUDGE
                                                                                   UNITED STATES DISTRICT COURT