IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.                                                                  Case No. 1:01cv599

Cincinnati Insurance Co., *et al*,                                  District Judge Michael H. Watson

    Defendants.

## ORDER

This matter is currently scheduled for trial on June 6, 2005 at 2:00 p.m. The Court is allocating a maximum of **1440 minutes** for this trial. Each party shall have **no more than 720 minutes** to present their respective case, including opening and closing argument, direct, cross, and re-direct examination. There will be no re-cross examination permitted. To the extent that there are motions *in limine* and other pre-trial motions pending at the start of trial, any argument on those motions will be deducted from the time allocated. Counsel is again directed to review the Court's civil jury trial procedures at http://www.ohsd.uscourts.gov/fpWatson.htm

    IT IS SO ORDERED.

_____
MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT