UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| MARY E. LENTZ, | : | Case No. 01-cv-599 |
| | : | |
| Plaintiff, | : | Judge Watson |
| | : | Magistrate Judge Black |
| v. | : | |
| | : | **ORDER** |
| CINCINNATI INSURANCE | : | |
| COMPANY, *et al.*, | : | |
| | : | |
| Defendants. | : | |

The date and time by which the parties shall furnish their updated confidential letters of settlement to United States Magistrate Judge Timothy S. Black (by email to Tim_Black@ohsd.uscourts.gov or by facsimile to (513) 564-7644 or by hand delivery to chambers at 716 Potter Stewart United States Courthouse, 100 E. Fifth St., Cincinnati, OH) is hereby **ADVANCED** to **Wednesday, June 1, 2005 by 4:00 p.m.**

**IT IS SO ORDERED.**

Date: _5/31/2005_____

s/TimothyS. Black
Timothy S. Black
United States Magistrate Judge