## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Mary E. Lentz,

       Plaintiff,

    v.                             Case No. 1:01cv599

Cincinnati Insurance Co., *et al*,        District Judge Michael H. Watson

       Defendants.

---

## ORDER

---

This matter is before the Court upon Plaintiff's Motion to Set Settlement Conference by telephone. (Doc. 123) Defendants oppose this Motion. (Doc. 124) The Court notes that the parties previously cancelled a Court-ordered settlement conference which had been scheduled for February 10, 2005. On May 24, 2005, this matter was again referred to Magistrate Judge Black for the purposes of conducting a settlement conference on June 6, 2005. (Doc. 115) The Court expects before that date, without the intervention of the Court, the parties shall pick-up the telephone, talk to each other and discuss settlement in good faith. This is of course an avenue that has been available to the parties throughout the course of this litigation.

The Court reads Plaintiff's motion to imply that Court time and resources will be wasted unless a telephone settlement conference is held on or before the trial date. The Court's resources have already been wasted by counsel's cancellation of the previously ordered settlement conference and by the need to respond to what the Court

felt was its clear unequivocal order to appear before Judge Black for the June 6, 2005 settlement conference.

Therefore, Plaintiff's Motion for a Settlement Conference with the Court by telephone prior to June 6, 2005 (Doc. 123) is hereby **DENIED**. The parties shall appear before Magistrate Judge Black on June 6, 2005 to participate in settlement negotiations in good faith. Failure to comply with the letter of this Order may result in the imposition of sanctions.

**IT IS SO ORDERED.**

MICHAEL H. WATSON, JUDGE
UNITED STATES DISTRICT COURT