

Page 45:
```
 1   BY MR. SUTHERLIN:
 2       Q   [redacted] conversation
 3   [redacted] --
 4   [redacted].
 5       [redacted] Dave Balzano denied or disavowed
 6   any knowledge of the copy money?
 7           MR. HARRISON: Same objection.
 8           THE WITNESS: [redacted]
 9   [redacted] that he was aware of it occurring that one
10   [redacted].
11   BY MR. SUTHERLIN:
12       Q   [redacted] what did
13   [redacted] her to remind her that Dave knew about [redacted]
14   [redacted]
15       A   [redacted] of an earlier conversation
16   [redacted] had in the office where Mary [redacted] for the
17   [redacted] generated from copying files in the office
18   were to be kept [redacted]
19   [redacted]
20   [redacted].
21       Q   Okay. [redacted]
22   [redacted]
23   [redacted] It occurred before Mary went out on
24   maternity leave, but I think it was 1997 or 1998, 1999
25   [redacted].
```

Page 46:
```
 1       Q   And did you, in fact, remind Mary of that
 2   earlier luncheon meeting with Dave Balzano when you
 3   called her on this occasion?
 4       A   It wasn't a luncheon meeting, sir.  It was
 5   just a conversation we had at the copy machine, and I
 6   very well may have.  As we sit here right now, I have
 7   no specific recollection of that.
 8       Q   [redacted] your recollection today
 9   [redacted] a discussion at some point in the
10   office between you [redacted] and Dave Balzano
11   [redacted]
12   [redacted]
13   [redacted]
14   [redacted]
15           MR. HARRISON: Objection to the
16   characterization of the witness' testimony.  But go
17   ahead.
18           THE WITNESS: [redacted]
19   [redacted] informed me [redacted]
20   [redacted]
21   [redacted]
22   [redacted] And the
23   [redacted]
24   [redacted] money [redacted] that the money should be kept in
25   [redacted].
```

Page 47:
```
 1   BY MR. SUTHERLIN:
 2       Q   Okay.  [redacted] did you ever see anything [redacted]
 3   [redacted]
 4   [redacted]
 5       A   [redacted]
 6   [redacted]
 7   [redacted]
 8       A   [redacted]
 9       Q   [redacted]
10       A   [redacted]
11       Q   [redacted]
12   [redacted]
13   [redacted]
14       Q   [redacted]
15       Q   [redacted]
16       A   [redacted]
17       Q   [redacted]
18   [redacted]
19   [redacted]
20   [redacted]
21   [redacted]
22   [redacted]
23   [redacted]
24   [redacted]
25   [redacted]
```

Page 48:
```
 1       Q   [redacted]
 2   [redacted]
 3       A   [redacted]
 4   [redacted]
 5   [redacted]
 6       Q   [redacted]
 7   [redacted]
 8   [redacted]
 9       A   [redacted]
10       Q   [redacted]
11   [redacted]
12   [redacted]
13   [redacted]
14       A   I believe he did on a couple of them, yes.
15       Q   [redacted]
16       A   Yes.
17       Q   [redacted]
18       A   [redacted]
19       Q   [redacted]
20   [redacted]
21   [redacted]
22   [redacted]
23           MR. HARRISON: Objection to the form but
24   you can answer if you understood the question.
25           THE WITNESS: [redacted]
```