UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

## CIVIL MINUTES - JURY TRIAL

MARY E. LENTZ                                  Civil Case No. 1:01cv599
    Plaintiff,
-vs-

CINCINNATI INSURANCE COMPANY
    Defendant.

Court Personnel Present:

UNITED STATES MAGISTRATE JUDGE TIMOTHY S. BLACK

Law Clerk

Court Reporter      Draper & Oestricher

Courtroom Deputy    Jan Lahley

**COUNSEL PRESENT:**
(Plaintiff) Michael Sutherlin, Nick Conway
Time for questioning of jury:   2:30 pm - 3:15 pm (45 min)

(Defendant) Deborah Adams, Jack Harrison
Time for questioning of jury:   3:15 pm - 3:50 pm (35 min)

**DOCKET ENTRY:**

Case called for voir dire. Jury impaneled.

DATE:     6/6/05 —
TIME:     2:00 pm — 4:30