UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,
    Plaintiff,

v.               Case No. 1:01cv599
          (Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 2)
### before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Shendy Ende, Draper and Gestreicher
**DATE:** June 7, 2005     **TIME:** 9:30am – 10:15am / 1:30pm – 4:07pm

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Lynn D. Purdzuk | Debsrian S. Adams |
| Michael Sutherlin | Jack Harrison |
| Nicholas Conway | |

### WITNESSES

### PROCEDURES

✓ Counsel present / Open Statements
___ Plaintiff admits exhibits
___ Defendant moves for Rule 50 Motion
___ Defendant calls witnesses or continues
___ Defendant rests
___ Judge Grants/Denies Rule 50 Motion
___ No rebuttal
___ Jury charged
___ Jury deliberates and returns a verdict.

___ Plaintiff calls witnesses or continues
___ Plaintiff rests
___ Judge Grants/Denies Rule 50 Motion
___ Defendant admits exhibits
___ Defendant renews Rule 50 Motion
___ Plaintiff's rebuttal
___ Jury Charge conference held
___ Closing Arguments

Court adjourned (or in recess) until 9am 7/8/05.

Remarks: Arguments heard on outstanding motions in limine. (Docs. 97, 101 & 102).
- Separation of witnesses ordered.
- Ruling of depo objections placed on the record & motion in limine (Doc 101+102)