# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Mary E. Lentz,

      Plaintiff(s),

      v.               Case No. 1:01cv599

                              (Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,

      Defendant(s).

## Civil Minutes
### Jury Trial (Day 3  )
### before the

## HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Shandy Edhe, Draper & Oestreicher
**DATE:** June 8, 2005      **TIME:** 8:48am - 12pm = 4hrs 12mins; 1.43 - 3.50pm

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Lynn Pundzak | Deborah Adams |
| Michael Sutherlin | Jack Harrison |
| Nick Conway | |

### WITNESSES

Mary E. Lentz

### PROCEDURES

| | |
|---|---|
| ✓ Counsel present | ✓ Plaintiff calls witnesses or continues |
| ___ Plaintiff admits exhibits | ___ Plaintiff rests |
| ___ Defendant moves for Rule 50 Motion | ___ Judge Grants/Denies Rule 50 Motion |
| ___ Defendant calls witnesses or continues | ___ Defendant admits exhibits |
| ___ Defendant rests | ___ Defendant renews Rule 50 Motion |
| ___ Judge Grants/Denies Rule 50 Motion | ___ Plaintiff's rebuttal |
| ___ No rebuttal | ___ Jury Charge conference held |
| ___ Jury charged | ___ Closing Arguments |
| ___ Jury deliberates and returns a verdict. | |

Court adjourned or (in recess) until    9.30  6/13/05   .

**Remarks:** ① Rulings presents on obj/motions from 6/7 arguments.
② Preliminary instructions presented by the Judge to the jury.