# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION


FILED
JAMES BONINI
CLERK

2005 JUN 14 AM 7:46

Mary E. Lentz,
    Plaintiff,

v.

Case No. 1:01cv599
(Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 4)
### before the

### HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE

**COURTROOM DEPUTY:** Barbara Crum / Arthur Hill
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Shandy Ehde, Draper & Oestreicher
**DATE:** June 13, 2005    **TIME:** 9:30 am —

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Michael Sutherlin | Deborah Adams |
| Nicolas Conway | Jack Harrison |
| Lynn Pundzak | |

### WITNESSES

Paula Ruppert, (Former employee Berlon & Timmel)
Mary Lentz, Plaintiff

### PROCEDURES

- ✓ Counsel present
- ___ Plaintiff admits exhibits
- ___ Defendant moves for Rule 50 Motion
- ___ Defendant calls witnesses or continues
- ___ Defendant rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ No rebuttal
- ___ Jury charged
- ___ Jury deliberates and returns a verdict.

- ___ Plaintiff calls witnesses or continues
- ___ Plaintiff rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ Defendant admits exhibits
- ___ Defendant renews Rule 50 Motion
- ___ Plaintiff's rebuttal
- ___ Jury Charge conference held
- ___ Closing Arguments

Court adjourned or in recess until 9:00 am 6-14-05

Remarks: