# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Mary E. Lentz,
    Plaintiff,

v.                              Case No.  1:01cv599
                                      (Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 5)
### before the

## HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Shandy Ehde, Draper & Oestreicher
**DATE:** June 14, 2005    **TIME:** 9:05am - 11:54am / 1:35pm - 5:04pm = 5½ hrs.

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Michael Sutherlin | Deborah Adams |
| Nicolas Conway | Jack Harrison |
| Lynn Pundzak | |

## WITNESSES

Mary Lentz (cont'd)

## PROCEDURES

| | | | |
|---|---|---|---|
| ✓ | Counsel present | ✓ | Plaintiff ~~calls witnesses or~~ continues w/witness |
| | Plaintiff admits exhibits | | Plaintiff rests |
| | Defendant moves for Rule 50 Motion | | Judge Grants/Denies Rule 50 Motion |
| | Defendant calls witnesses or continues | | Defendant admits exhibits |
| | Defendant rests | | Defendant renews Rule 50 Motion |
| | Judge Grants/Denies Rule 50 Motion | | Plaintiff's rebuttal |
| | No rebuttal | | Jury Charge conference held |
| | Jury charged | | Closing Arguments |
| | Jury deliberates and returns a verdict. | | |

Court adjourned or (in recess) until  6/15/05 @ 9:30 am.

Remarks: Plaintiff/Defendant offer + admit exhibits as they are introduced.