UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,
    Plaintiff,

v.

Case No. 1:01cv599
(Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 6)
### before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Shandy Ehde, Draper & Oestreicher
**DATE:** June 15, 2005    **TIME:** 9:30 am – 11:42 am = 2 hrs.

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Michael Sutherlin | Deborah Adams |
| Nicolas Conway | Jack Harrison |
| Lynn Pundzak | |

### WITNESSES

Donald Desseyn (via dep.)
Shelly Buscem

### PROCEDURES

✓ Counsel present
___ Plaintiff admits exhibits
___ Defendant moves for Rule 50 Motion
___ Defendant calls witnesses or continues
___ Defendant rests
___ Judge Grants/Denies Rule 50 Motion
___ No rebuttal
___ Jury charged
___ Jury deliberates and returns a verdict.

✓ Plaintiff calls witnesses or (continues)
___ Plaintiff rests
___ Judge Grants/Denies Rule 50 Motion
___ Defendant admits exhibits
___ Defendant renews Rule 50 Motion
___ Plaintiff's rebuttal
___ Jury Charge conference held
___ Closing Arguments

Court adjourned or (in recess) until 6/16/05 @ 9:30 am.

Remarks: Oral motion for additional time by π (2.5 hrs); argument heard; motion taken under advisement.