**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Mary E. Lentz,
    Plaintiff,

v.

Cincinnati Insurance Company, et al.,
    Defendant(s).

Case No. 1:01cv599
(Judge Michael H. Watson)

## Civil Minutes
### Jury Trial (Day 7)
### before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Shandy Ehde, Draper & Oestreicher
**DATE:** June 16, 2005     **TIME:** 9:57am – 1:53 / 3:16 – 4:57 pm

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Michael Sutherlin | Deborah Adams |
| Nicolas Conway | Jack Harrison |
| Lynn Pundzak | |

**WITNESSES**

| | |
|---|---|
| David Balzano (as if on cross) | David Balzano |
| Mark Huller (as if on cross) | |

## PROCEDURES

| | |
|---|---|
| ✓ Counsel present | ✓ Plaintiff calls witnesses (continues) |
| ✓ Plaintiff admits exhibits | ✓ Plaintiff rests |
| ✓ Defendant moves for Rule 50 Motion | ___ Judge Grants/Denies Rule 50 Motion |
| ✓ Defendant calls witnesses or continues | ___ Defendant admits exhibits |
| ___ Defendant rests | ___ Defendant renews Rule 50 Motion |
| ___ Judge Grants/Denies Rule 50 Motion | ___ Plaintiff's rebuttal |
| ___ No rebuttal | ___ Jury Charge conference held |
| ___ Jury charged | ___ Closing Arguments |
| ___ Jury deliberates and returns a verdict. | |

Court adjourned (or in recess) until 6/17/05 9am.

Remarks: Court reserves his ruling of Rule 50 motion