# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Mary E. Lentz,
    Plaintiff,

v.

Cincinnati Insurance Company, et al.,
    Defendant(s).

Case No. 1:01cv599
(Judge Michael H. Watson)

## Civil Minutes
### Jury Trial (Day 8)
### before the

### HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE

**COURTROOM DEPUTY:** Barbara Crum
**LAW CLERK:** Grace Royalty → LaCortra Pate (1pm – )
**COURT REPORTER:** Shandy Ehde, Draper & Oestreicher
**DATE:** June 17, 2005  **TIME:** 9:11am – 12pm / 1pm – 2pm = 4 hrs.

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Michael Sutherlin | Deborah Adams |
| Nicolas Conway | Jack Harrison |
| Lynn Pundzak | |

### WITNESSES

David Bulzano
Allen J. Matheny
Mark Huber

### PROCEDURES

- ✓ Counsel present
- ___ Plaintiff admits exhibits
- ___ Defendant moves for Rule 50 Motion
- ✓ Defendant calls witnesses or continues
- ✓ Defendant rests
- ___ Judge Grants/Denies Rule 50 Motion
- ___ No rebuttal
- ___ Jury charged
- ___ Jury deliberates and returns a verdict.

- ___ Plaintiff calls witnesses or continues
- ___ Plaintiff rests
- ___ Judge Grants/Denies Rule 50 Motion
- ✓ Defendant admits exhibits
- ___ Defendant renews Rule 50 Motion
- ___ Plaintiff's rebuttal
- ___ Jury Charge conference held
- ___ Closing Arguments

Court adjourned (or in recess) until 6/21/05 @ 8:30 am.

Remarks: