# LYNN D. PUNDZAK
### Attorney at Law
Suite 999, 2nd National Bldg.
830 Main Street
Cincinnati, OH 45202

(telephone) 513/564-9999  
(fax) 513/345-4703

(E-mail)  ldplaw@fuse.net

June 17, 2005

Deborah S. Adams  
Jack B. Harrison  
Frost Brown Todd LLC  
2200 PNC Center  
201 East Fifth Street  
Cincinnati, OH 45201-5715

*Via facsimile only*

Re:  Lentz v. Cincinnati Insurance Company

Dear Debbie:

As I told you via telephone a few moments ago, please be advised that Plaintiff intends to call Al Matheny as a rebuttal witness on Tuesday, June 21, 2005. Mr. Matheny will be called to rebut Defendant Balzano's testimony regarding when Mr. Balzano first learned of Plaintiff's efforts to recoup copy money. Mr. Matheny also will be asked to authenticate his handwritten notes.

You agreed to check regarding whether CIC would make him available to testify, and promised to call me with that information as soon as possible.

Sincerely,

Lynn D. Pundzak

enclosures  
cc: Michael K. Sutherlin  
LDP/roc