**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Mary E. Lentz,
    Plaintiff,

    v.                                Case No.   1:01cv599
                                          (Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,
    Defendant(s).

## Civil Minutes
**Jury Trial (Day 9)**
before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Stephen Snyder/Kendra Jordan
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Julie Wolfer and Betty Schwab (Official)
**DATE:** June 22, 2005    **TIME:** 9:00 - 5:37 (6.5)

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Michael Sutherlin | Deborah Adams |
| Nicolas Conway | Jack Harrison |
| Lynn Pundzak | |

**WITNESSES**

**Allen Matheny**

**PROCEDURES**

| | | | |
|---|---|---|---|
| ___ | Counsel present | ___ | Plaintiff calls witnesses or continues |
| ___ | Plaintiff admits exhibits | ___ | Plaintiff rests |
| ___ | Defendant moves for Rule 50 Motion | ___ | Judge Grants/Denies Rule 50 Motion |
| ___ | Defendant calls witnesses or continues | ___ | Defendant admits exhibits |
| ___ | Defendant rests | ✔ | Defendant renews Rule 50 Motion |
| ✔ | Judge Denies Rule 50 Motion | ✔ | Plaintiff's rebuttal |
| ___ | No rebuttal | ✔ | Jury Charge conference held |
| ✔ | Jury charged | ✔ | Closing Arguments |
| ✔ | Jury deliberates | ___ | Returns a verdict |
| ✔ | Sent home to resume deliberations on  6/23  at  9:00 am | | |

Court adjourned or in recess until _____.

Remarks: