**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF OHIO**
**WESTERN DIVISION**

Mary E. Lentz,
    Plaintiff,

    v.                                         Case No.  1:01cv599
                                                        (Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,
    Defendant(s).

## Civil Minutes
### Jury Trial (Day 10)
before the

**HONORABLE MICHAEL H. WATSON, U.S DISTRICT JUDGE**

**COURTROOM DEPUTY:** Stephen Snyder
**LAW CLERK:** Grace Royalty
**COURT REPORTER:** Julie Wolfer (Official)
**DATE:** June 23, 2005     **TIME:**

| Attorney for Plaintiff(s): | Attorney for Defendant(s): |
|---|---|
| Michael Sutherlin | Deborah Adams |
| Nicolas Conway | Jack Harrison |
| Lynn Pundzak | |

### WITNESSES

**Allen Matheny**

### PROCEDURES

| | | | |
|---|---|---|---|
| ____ | Counsel present | ____ | Plaintiff calls witnesses or continues |
| ____ | Plaintiff admits exhibits | ____ | Plaintiff rests |
| ____ | Defendant moves for Rule 50 Motion | ____ | Judge Grants/Denies Rule 50 Motion |
| ____ | Defendant calls witnesses or continues | ____ | Defendant admits exhibits |
| ____ | Defendant rests | ____ | Defendant renews Rule 50 Motion |
| ____ | Judge Denies Rule 50 Motion | ____ | Plaintiff's rebuttal |
| ____ | No rebuttal | ____ | Jury Charge conference held |
| ____ | Jury charged | ____ | Closing Arguments |
| ✔ | Jury deliberates | ✔ | Returns a verdict |
| ____ | Sent home to resume deliberations on _____ at _____ | | |

Court adjourned or in recess until _____.

Remarks: