UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.                                          Case No. 1:01cv599

Cincinnati Insurance Co., et al,          District Judge Michael H. Watson

    Defendants.

## SPECIAL INTERROGATORIES

We the Jury unanimously find:

1. Plaintiff proved by a preponderance of the evidence gender discrimination against Defendant CIC.

   ____ YES        X  NO

   If you answered "NO" to Interrogatory No. 1, please proceed to the appropriate Verdict Form.

   If you answered "YES" to Interrogatory No. 1, please proceed to Interrogatory No. 2.

2. Plaintiff is entitled to an award of compensatory damages, as defined in the jury instructions.

   ____ YES        ____ NO

   If you answered "NO" to Interrogatory No. 2, please proceed to the appropriate Verdict Form.

   If you answered "YES" to Interrogatory No. 2, please proceed to Interrogatory No. 3.

3. What sum in damages, if any, do you find Plaintiff has suffered as a result?

$ _____

Signed this 23rd day of June, 2005.

_____     _____
Mark R Abbott                      Nancy R Ciarniello

_____     _____
                                   Darlene J. Vinnet

_____     _____
Jerry McKune                       Brenda S Smith

_____     _____
Kathleen Treherne

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.

Cincinnati Insurance Co., *et al*,

    Defendants.

Case No. 1:01cv599

District Judge Michael H. Watson

## VERDICT

We the jury, being duly empaneled and sworn, unanimously find for Plaintiff Mary Lentz on her claim of gender discrimination against Defendant CIC.

Signed this _____ day of June, 2005.

_____    _____

_____    _____

_____    _____

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.

Cincinnati Insurance Co., *et al*,

    Defendants.

Case No. 1:01cv599

District Judge Michael H. Watson

## VERDICT

We the jury, being duly empaneled and sworn, unanimously find for Defendant CIC and against Plaintiff Mary Lentz on her claim of gender discrimination.

Signed this 23rd day of June, 2005.

_[signatures]_