# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### WESTERN DIVISION

Mary E. Lentz,

      Plaintiff,

    v.                                                    Case No.  1:01cv599

Cincinnati Insurance Co., *et al*,                        District Judge Michael H. Watson

      Defendants.

---

# SPECIAL INTERROGATORIES

---

We the Jury unanimously find:

1.    Plaintiff proved by a preponderance of the evidence that Defendant Dave Balzano acted intentionally or recklessly in an extreme and outrageous manner.

    \_\_\_\_\_ YES           X NO

If you answered "NO" to Interrogatory No. 1, please proceed to the appropriate Verdict Form.

If you answered "YES" to Interrogatory No. 1, please proceed to Interrogatory No. 2.

2.    Defendant Balzano's actions proximately caused Plaintiff's injuries.

    \_\_\_\_\_ YES           \_\_\_\_\_ NO

If you answered "NO" to Interrogatory No. 2, please proceed to the appropriate Verdict Form.

If you answered "YES" to Interrogatory No. 2, please proceed to Interrogatory No. 3.

3.    Plaintiff's emotional distress was serious and of a nature that no reasonable person could be expected to endure.

_____ YES          _____ NO

If you answered "YES" to Interrogatory No. 3, please indicate the amount of compensatory damages, if any, to which Plaintiff is entitled:

$ _____

Signed this _23rd_ day of June, 2005.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Mary E. Lentz,

      Plaintiff,

    v.                                   Case No.  1:01cv599

Cincinnati Insurance Co., *et al*,      District Judge Michael H. Watson

      Defendants.

---

## VERDICT

---

We the jury, being duly empaneled and sworn, unanimously find for Plaintiff Mary Lentz on her claim of intentional infliction of emotional distress and against Defendant David Balzano.

Signed this \_\_\_\_\_ day of June, 2005.

_____      _____

_____      _____

_____      _____

_____      _____

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

Mary E. Lentz,

      Plaintiff,

      v.                                                    Case No. 1:01cv599

Cincinnati Insurance Co., *et al*,                         District Judge Michael H. Watson

      Defendants.

---

## VERDICT

---

We the jury, being duly empaneled and sworn, unanimously find for Defendant Dave Balzano and against Plaintiff Mary Lentz on her claim of intentional infliction of emotional distress.

Signed this __23rd__ day of June, 2005.