UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.

Cincinnati Insurance Co., *et al*,

    Defendants.

Case No. 1:01cv599

District Judge Michael H. Watson

---

### SPECIAL INTERROGATORIES

---

We the Jury unanimously find:

1. Plaintiff proved by a preponderance of the evidence that Defendant David Balzano intentionally interfered with her employment relationship with Defendant CIC, as defined in the jury instructions.

    __X__ YES      _____ NO

    If you answered "NO" to Interrogatory No. 1, please proceed to the appropriate Verdict Form.

    If you answered "YES" to Interrogatory No. 1, please proceed to Interrogatory No. 2.

2. Plaintiff proved by clear and convincing evidence that Defendant Balzano acted with actual malice, as defined in the jury instructions.

    __X__ YES      _____ NO

    If you answered "YES" to Interrogatory No. 2, please indicate the amount of compensatory damages, if any, to which Plaintiff is entitled:

    $ ___-0-___

Signed this __23rd__ day of June, 2005.

_____     _____
                                                       Nancy R. Ciaravella

_____     _____
                                                       Darlene J. Vinup

_____     _____
                                                       Brenda S. Smith

_____
Kathleen Treherne

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.

Cincinnati Insurance Co., *et al*,

    Defendants.

Case No. 1:01cv599

District Judge Michael H. Watson

## VERDICT

We the jury, being duly empaneled and sworn, unanimously find for Plaintiff Mary Lentz on her claim of intentional interference with a business relationship and against Defendant David Balzano.

Signed this 23rd day of June, 2005.

_[signatures]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.

Cincinnati Insurance Co., *et al*,

    Defendants.

Case No. 1:01cv599

District Judge Michael H. Watson

## VERDICT

We the jury, being duly empaneled and sworn, unanimously find for David Balzano and against Plaintiff Mary Lentz on her claim of intentional interference with a business relationship.

Signed this _____ day of June, 2005.

_____     _____

_____     _____

_____     _____

_____     _____