UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.

Cincinnati Insurance Co., *et al*,

    Defendants.

Case No. 1:01cv599

District Judge Michael H. Watson

---

### SPECIAL INTERROGATORIES

---

We the Jury unanimously find:

1. Defendant CIC proved by a preponderance of the evidence that Plaintiff wrongfully converted funds belonging to CIC and deprived CIC of its right to these funds by placing the funds in her personal bank account without permission or authority.

    __X__ YES      _____ NO

    If you answered "NO" to Interrogatory No. 1, please proceed to the appropriate Verdict Form.

    If you answered "YES" to Interrogatory No. 1, please proceed to Interrogatory No. 2.

2. What amount, of compensatory damages, if any, is Defendant CIC entitled?

    $ __1600__

Signed this __23rd__ day of June, 2005.

Signed this 23rd day of June, 2005.

_____        _____
                                      Nancy R Ciarnella

_____        _____

_____        _____
                                      Brenda S. Smith

_____        _____
Kathleen Treherne

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.

Cincinnati Insurance Co., *et al*,

    Defendants.

Case No. 1:01cv599

District Judge Michael H. Watson

## VERDICT

We the jury, being duly empaneled and sworn, unanimously find for Defendant CIC on its claim for conversion and against Plaintiff Mary Lentz.

Signed this 23rd day of June, 2005.

_[signatures]_

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

Mary E. Lentz,

    Plaintiff,

v.                                                                        Case No. 1:01cv599

Cincinnati Insurance Co., *et al*,                    District Judge Michael H. Watson

    Defendants.

## VERDICT

We the jury, being duly empaneled and sworn, unanimously find for Plaintiff Mary Lentz and against Defendant CIC on its claim for conversion.

Signed this _____ day of June, 2005.

_____          _____

_____          _____

_____          _____