IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| MARY E. LENTZ, | |
| Plaintiff(s) | |
| | Case Number: 1:01cv599 |
| vs. | |
| | District Judge Michael H. Watson |
| CINCINNATI INSURANCE CO., et al, | |
| Defendant(s) | |

JUDGMENT IN A CIVIL CASE

    Jury Verdict: This action came to trial before a jury. The issues have been tried and a decision rendered.

IT IS ORDERED AND ADJUDGED

. . . that judgment is entered in favor of the defendant Cincinnati Insurance Company and against plaintiff Mary Lentz on her claim of gender discrimination.

. . . that judgment is entered in favor of the defendant Dave Balzano and against plaintiff Mary Lentz on her claim of intentional infliction of emotional distress.

. . . that judgment is entered in favor of the plaintiff Mary Lentz on her claim of intentional interference with a business relationship and against defendant David Balzano.

. . . that judgment is entered in favor of the defendant Cincinnati Insurance Company on its claim for conversion and against plaintiff Mary Lentz.


6/23/05                                                          JAMES BONINI, CLERK


                                                                 ___s/Stephen Snyder___
                                                                 Deputy Clerk


Pursuant to S. D. Ohio Civ. R. 79.2(a) and (b), all models, diagrams, depositions, photographs, x-rays and other exhibits and materials filed or offered in evidence shall be withdrawn by counsel without further Order within six (6) months after final termination of the action. All materials not withdrawn shall be disposed of by the Clerk as waste.