# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

Mary E. Lentz,

      Plaintiff,

      v.                         Case No.  1:01cv599

                                       (Judge Michael H. Watson)

Cincinnati Insurance Company, et al.,

      Defendant(s).

## ORDER

Meals were provided for Jurors while deliberating in the above captioned case. The cost of this expenditure shall be paid by the Clerk for the United States District Court for the Southern District of Ohio.

It is so Ordered, this 28th day of June, 2005.

Michael H. Watson
United States District Judge

C:\Documents and Settings\spencerd\Local Settings\Temp\notesC079F1\01-599.wpd