AO 133    (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern    District of    Ohio, Western Division

Mary E. Lentz

**BILL OF COSTS**

V.

Cincinnati Insurance Company, et al.

Case Number: 01-599

Judgment having been entered in the above entitled action on  6/23/05  against  Mary E. Lentz ,
                                                                  Date
the Clerk is requested to tax the following as costs:

| | |
|---|---:|
| Fees of the Clerk ................................................... | $ |
| Fees for service of summons and subpoena ............................. | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case (see attached itemization) | $ 9,300.70 |
| Fees and disbursements for printing .................................. | |
| Fees for witnesses (itemize on reverse side) ......................... | $ 58.20 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case ........... | |
| Docket fees under 28 U.S.C. 1923 .................................... | |
| Costs as shown on Mandate of Court of Appeals ....................... | |
| Compensation of court-appointed experts ............................. | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 .... | |
| Other costs (please itemize) (see attached itemization) | $ 3,856.33 |
| TOTAL | $ 13,215.23 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was ~~mailed today with postage prepaid~~ to: Michael K. Sutherlin and Lynn D. Pundzak    filed electronically with electronic service

Signature of Attorney: s/ Jack B. Harrison

Name of Attorney: Jack B. Harrison

For: Cincinnati Insurance Company    Date: 7/ /05
    Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

                            By: _____
Clerk of Court                   Deputy Clerk                        Date

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees) | | | | | | | |
| Paula Ruppert<br>Dayton, Ohio | 1 | 40.00 | --- | --- | 58.7 | 18.20 | $58.20 |
| | | | | | | TOTAL | $58.20 |

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

| FROST BROWN TODD LLC | | 110909 | 111000 | | 10/09/02 | CHECK NO. | 257453 |
|---|---|---|---|---|---|---|---|
| INVOICE NO. | DATE | GL NUMBER | | DESCRIPTION | | | AMOUNT |
| 480059 100802 | 10/08/02 | 11111000000000000000 | PAULA RUPPERT | | | | 58.20 |
| | | | | | | TOTAL | 58.20 |

Operating Account
U.S. Bank
Cincinnati, OH 45202

56-503
422

**FROST BROWN TODD LLC**
ATTORNEYS & COUNSELLORS AT LAW
2200 PNC CENTER
CINCINNATI, OHIO 45202

CHECK NO.    257453
CHECK DATE   10/09/02

Pay  FIFTY-EIGHT AND 20/100 DOLLARS

VOID AFTER 90 DAYS

$58.20

TO THE
ORDER OF

Paula Ruppert
1603 Eva Street
Dayton, OH 45410

THIS CHECK VOID IF WATERMARK IS
NOT VISIBLE ON BACK OF CHECK

*B S Lawson* (signature)

⑆257453⑆ ⑈042205038⑈ 000199731613⑈

## TRANSCRIPT COSTS

Fees and disbursements for deposition, pretrial and trial transcripts actually and necessarily obtained for use at trial by Defendants in this matter:

| | |
|---|---|
| Deposition Transcript Mary E. Lentz | $ 1,558.08 |
| Deposition Transcript Don Desseyn | $ 176.00 |
| Deposition Transcript Shelly Bascom | $ 455.70 |
| Deposition Transcripts Mark Huller, David Balzano, Al Matheny | $ 1,666.55 |
| TOTAL | $ 3,856.33 |
| | |
| Final Pretrial Transcript | $ 161.70 |
| Trial Transcript | $ 2,287.00 |
| Trial Transcript | $ 5,831.20 |
| Trial Transcript | $ 822.80 |
| Trial Transcript | $ 198.00 |
| TOTAL | $ 9,300.70 |
| GRAND TOTAL | $13,157.03 |

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

# I N V O I C E

| INVOICE NO. | DATE | JOB NUMBER |
|---|---|---|
| 136659 | 10/15/2002 | 01-65706 |
| **JOB DATE** | **REPORTER(S)** | **CASE NUMBER** |
| 09/30/2002 | WALTPA | 01CV599 |

| CASE CAPTION |
|---|
| Mary Lentz vs. Cincinnati Ins Co |
| **TERMS** |
| Due upon receipt |

Deborah S. Adams
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

```
ORIGINAL AND 1 COPY OF TRANSCRIPT OF:
    Mary E. Lentz                                          1,507.08
            CONCORDANCE INDEXING      45.00 Pages             45.00
            COURIER                                            6.00
(TAXABLE    $1,507.08)

                                TOTAL  DUE  >>>>           1,558.08

Please disregard invoice# 136579, 10 day expedite was omitted.  Thank you.
```

TAX ID NO.: 31-0725254                                    (513) 651-6800   Fax 651-6981

*Please detach bottom portion and return with payment.*

Deborah S. Adams
Frost Brown Todd, LLC
2200 PNC Center
201 East 5th Street
Cincinnati, OH 45202

Job No.      : 01-65706
Case No.     : 01CV599
Mary Lentz vs. Cincinnati Ins Co

Invoice No.: 136659
Date         : 10/15/2002
**TOTAL DUE** :   **1,558.08**

Remit To:  **Ace Reporting Services**
           **30 Garfield Place**
           **Suite 620**
           **Cincinnati, OH 45202-4364**

| PAYMENT WITH CREDIT CARD |
|---|
| Card Holder's Name: _____ |
| VISA/MC #: _____ |
| Exp. Date: _____  Phone #: _____ |
| Billing Address: _____ |
| Amount to Charge: _____ Zip: _____ |
| Cardholder's Signature: _____ |

**Archive Reporting Service**
2336 North Second Street
P.O. Box 5559
Harrisburg, PA 17110
(717) 234-5922

# Invoice

Number: **18244**

Date: December 03, 2002

**Bill To:**

Jack B. Harrison
Frost, Brown, Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45201-5715

**Ship To:**



| Federal ID Number | Date of Service | Reporter |
|---|---|---|
| 23-2876180 | 10/31/02 | SR |

| Description | Pages / Hours | Rate | Amount |
|---|---|---|---|
| Re: Mary Lentz v Cincinnati Insurance Co. et al. | | | |
| Deposition of Don Desseyn | | | |
| Transcript - Condensed | 69.00 | 1.75 | 120.75 |
| ASCII Disk - 12/3/02 | 1.00 | 20.00 | 20.00 |
| Shipping - ground | 1.00 | 9.00 | 9.00 |
| Transcript - Full Size Copy (for Donald Desseyn) | 69.00 | 0.25 | 17.25 |
| Shipping - ground (for Donald Desseyn) | 1.00 | 9.00 | 9.00 |
| | | Total | $176.00 |

**Please remit one copy with payment. 1.5% interest will be added to invoices after 30 days. For Mastercard and Visa payments, please call the office. Archive Reporting Service is a qualified small business concern as defined in 4 PA Code Section 2.32.**

# Mike Mobley Reporting

334 South Main Street
Dayton, OH 45402

Phone: (937) 222-2259 Fax: (937) 222-9747

Job #: 030220BWD
Job Date: 02/20/2003
Order Date: 02/20/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Cincinnati Insurance Co.

**Invoice**

Invoice #: 24663
Inv. Date: 02/26/2003
Balance: $455.70

| Bill To: | Action: | Lentz, Mary E. |
|---|---|---|
| Deborah S. Adams, Esq | | vs |
| Frost Brown Todd LLC | | Cincinnati Insurance Co., et al. |
| 2200 PNC Center | Action #: | 01-CV-599 |
| 201 East Fifth Street | Rep: | BWD |
| Cincinnati, OH 45202 | Cert: | CRR |

| Item | Proceeding/Witness | Description | Amount |
|---|---|---|---|
| 1 | Nora Michelle (Shelly) Bascom | Transcript Copy (Condensed Only) | $424.70 |
| 2 | | ASCII Diskette | $25.00 |
| 3 | | Shipping & Handling | $6.00 |

Comments:

SCHEDULE DEPOSITIONS ONLINE AT WWW.MOBLEYREPORTING.COM

| | |
|---|---|
| Sub Total | $455.70 |
| Shipping | $0.00 |
| Tax | N/A |
| **Total Invoice** | **$455.70** |
| Payment | $0.00 |
| Balance Due | $455.70 |

Federal Tax I.D.: 31-0949029    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS.
Please FOLD then TEAR HERE and RETURN THIS PART with PAYMENT.

Bill To:
Deborah S. Adams, Esq
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

Deliver To:
Deborah S. Adams, Esq
Frost Brown Todd LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH 45202

**Invoice**

Mike Mobley Reporting
334 South Main Street
Dayton, OH 45402

Phone: (937) 222-2259
Fax: (937) 222-9747

Invoice #: 24663
Inv. Date: 02/26/2003
Balance: $455.70
Job #: 030220BWD
Job Date: 02/20/2003
DB Ref.#:
Date of Loss: / /
Your File #:

*Please pay*

FEDERAL I.D. NO. 31-1094258

## GIGLIO REPORTING SERVICES

3 Cypress Garden
Cincinnati, Ohio 45220
(513) 861-2200

TO: Jack B. Harrison, Esq.
Frost Brown Todd, LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, Ohio 45202-4182

INVOICE NO. 2002-271

DATE: December 13, 2002

RE: Mary Lentz vs. Cincinnati Insurance Co.
Case No. IP01-0662-c-T/G

To Deposition of Mark Huller taken October 28, 2002, David Balzano taken October 29, 2002 and Allen Matheny taken October 30, 2002

| | |
|---|---:|
| To copy of transcript of Mark Huller | $ 668.00 |
| To word index of Mark Huller | 134.00 |
| To copy of transcript of David Balzano | 392.00 |
| To word index of David Balzano | 64.00 |
| To copy of transcript of Allen Matheny | 306.00 |
| To word index of Allen Matheny | 54.00 |
| To 1 ASCII disk | 10.00 |
| To one set exhibits for Huller, Balzano and Matheny | 33.25 |
| To City Dash fee | 5.30 |
| Total Due: | $1,666.55 |

Note: Your transcripts and exhibits City Dashed to you on December 3, 2002.

**Thank you.**                                       Net Due: Upon Receipt

**PLEASE RETURN INVOICE WITH PAYMENT**

# INVOICE

Julie A. Wolfer Transcripts
Room 801, Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202
(513) 564-7606
Taxpayer I.D. Number 31-1197897

TO:  Deborah S. Adams, Esq.                June 15, 2005
     Frost Brown Todd
     2200 PNC Center
     201 East Fifth Street
     Cincinnati, Ohio 45202                INVOICE NO. 05028

RE:  Mary E. Lentz vs. Cincinnati Insurance Company, et al.
     Case No. 1:01-CV-599

     Transcript ordered by: Deborah S. Adams, Esq.
-----------------------------------------------------------------
Proceedings before the Honorable Michael H. Watson, Judge, in the United States District Court for the Southern District of Ohio, Western Division.

Transcript of:

   Final Pretrial Conference held May 26, 2005.
      ASCII disk
         49 pages at $3.30 per page . . . . . . $161.70
         (original)

*DRAPER & OESTREICHER*
*3609 W. EIGHTH STREET*
*CINCINNATI, OHIO 45205*

INVOICE NO. 4304
June 9, 2005

BILL TO:
Deborah S. Adams, Esq.
Jack B. Harrison
Frost, Todd & Brown
201 E. Fifth Street, Ste. 2200
Cincinnati, Ohio 45202

Fed. Tax ID No.: 31-0993223, Fax No. 513-244-1024          Rptr: sje

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | RE: Civil No. 09-96 | | |
| | Mary E. Lentz vs. Cincinnati Insurance Co., et al. | | |
| | 6/7 and 6/8/05 – Trial Proceedings before Judge Michael H. Watson | | |
| 345 | Pages, original transcript (filed), copy provided, same day @6.60 p.p. (Rates set by Judicial Conference) | | $2,277.00 |
| | delivery @ | | $ 10.00 |
| | | total | $2,287.00 |

files emailed 6/7 and 6/8/05 in pdf format.

Thank you.

*DRAPER & OESTREICHER*
*3609 W. EIGHTH STREET*
*CINCINNATI, OHIO 45205*

INVOICE NO. 4319
June 20, 2005

BILL TO:
Deborah S. Adams, Esq.
Jack B. Harrison
Frost, Todd & Brown
201 E. Fifth Street, Ste. 2200
Cincinnati, Ohio 45202

Fed. Tax ID No.: 31-0993223, Fax No. 513-244-1024          Rptr: sje/lp

| QUANTITY | DESCRIPTION | UNIT PRICE | AMOUNT |
|---|---|---|---|
| | RE: Civil No. 09-96 | | |
| | Mary E. Lentz vs. Cincinnati Insurance Co., et al. | | |
| | 6/13 through 6/17/05 – Trial Proceedings before Judge Michael H. Watson | | |
| 882 | Pages, original transcript (filed), copy provided, same day @6.60 p.p. (Rates set by Judicial Conference) | | $5,821.20 |
| | delivery @ | | $ 10.00 |
| | | total | $5,831.20 |

files emailed 6/13/04 through 6/17/05 in pdf format.

Thank you.

I N V O I C E

Julie A. Wolfer Transcripts
Room 801, Potter Stewart U.S. Courthouse
100 E. Fifth Street
Cincinnati, Ohio 45202
(513) 564-7606
Taxpayer I.D. Number 31-1197897


TO: Jack B. Harrison, Esq.          June 27, 2005
    Frost Brown Todd
    2200 PNC Center
    201 East Fifth Street
    Cincinnati, Ohio 45202           INVOICE NO. 05029

RE: Mary E. Lentz vs. Cincinnati Insurance Company, et al.
    Case No. 1:01-CV-599

    Transcript ordered by: Jack B. Harrison, Esq.
----------------------------------------------------------------
Proceedings before the Honorable Michael H. Watson, Judge, in the United States District Court for the Southern District of Ohio, Western Division, and Jury.

Transcript of:

   Trial Proceedings held on June 22 and 23, 2005.

      187 pages at $4.40 per page . . . . . . $822.80
         (original, expedited)

```
 1                         I N V O I C E
 2
 3                       Betty J. Schwab
                      Official Court Reporter
 4                          Room 227
                   Potter Stewart U.S. Courthouse
 5                    100 East 5th Street
                      Cincinnati, Ohio  45202
 6
 7                       (513) 564-7636
 8
 9        June 27, 2005
10
11   TO:  Jack Harrison, Esq.
          Frost Brown Todd LLC
12        2200 PNC Center
          Cincinnati, OH  45202
13
14   RE:  Lentz   v.   Cincinnati Insurance
15        CASE No. 1:01-cv-599
          Transcript of first part of closing arguments
16        Heard on 6/22/05
          Before the Honorable Michael H. Watson, Judge
17
          45 original pages expedited at $4.40
18
          BALANCE DUE:  $198.00
19
20                                        Thank you,
21
                                          Betty J. Schwab
22                                        Betty J. Schwab
23
24   THIS TRANSCRIPT HAS BEEN FILED WITH THE COURT
25
```