≈AO 133   (Rev. 9/89) Bill of Costs

# UNITED STATES DISTRICT COURT

Southern                              District of   Ohio, Western Division

Mary Lentz

**BILL OF COSTS**

V.

Cincinnati Insurance Co., et al.   Case Number: 01-599

Judgment having been entered in the above entitled action on 6/23/05 against David Balzano,
the Clerk is requested to tax the following as costs:

| | |
|---|---|
| Fees of the Clerk ... (Filing Fee: Civil Complaint) | $ 150.00 |
| Fees for service of summons and subpoena | |
| Fees of the court reporter for all or any part of the transcript necessarily obtained for use in the case | |
| Fees and disbursements for printing | |
| Fees for witnesses (itemize on reverse side) | 145.52 |
| Fees for exemplification and copies of papers necessarily obtained for use in the case | |
| Docket fees under 28 U.S.C. 1923 | |
| Costs as shown on Mandate of Court of Appeals | |
| Compensation of court-appointed experts | |
| Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | |
| Other costs (please itemize) | 4,556.62 |
| TOTAL | $ 4,852.14 |

SPECIAL NOTE: Attach to your bill an itemization and documentation for requested costs in all categories.

## DECLARATION

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill was filed via the Court's CM/ECF system and made available to all parties thereby.

Signature of Attorney: _[signature]_

Name of Attorney: Michael K. Sutherlin

For: Mary Lentz, Plaintiff                                           Date: 7/7/05
         Name of Claiming Party

Costs are taxed in the amount of _____ and included in the judgment.

By: _____
Clerk of Court                              Deputy Clerk                              Date

### WITNESS FEES (computation, cf. 28 U.S.C. 1821 for statutory fees)

| NAME AND RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| Paula Ruppert<br>Dayton, OH | 1 | 40.00 | | | 97 | 34.92 | $74.92 |
| Shelly Bascom<br>Miamisburg, OH | 1 | 40.00 | | | 85 | 30.60 | $70.60 |
| | | | | | | TOTAL | $145.52 |

### NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
Rule 54 (d)
"Except when express provision therefor is made either in a statute of the United States or in these rules, costs shall be allowed as of course to the prevailing party unless the court otherwise directs, but costs against the United States, its officers, and agencies shall be imposed only to the extent permitted by law. Costs may be taxed by the clerk on one day's notice. On motion served within 5 days thereafter, the action of the clerk may be reviewed by the court."

Rule 6(e)
"Whenever a party has the right or is required to do some act or take some proceedings within a prescribed period after the service of a notice or other paper upon him and the notice or paper is served upon him by mail, 3 days shall be added to the prescribed period."

Rule 58 (In Part)
"Entry of the judgment shall not be delayed for the taxing of costs."

| | | |
|---|---|---|
| 4677 | | BALANCE BROUGH |
| DATE 4-19-05 | | |
| PAY TO Paula Ruppert | | |
| FOR Witness Fees Lentz | TOTAL | |
| | THIS CHECK | 100 |
| | OTHER TRANS +/- | |
| TAX DEDUCTIBLE ☐ | BALANCE | |

| | | |
|---|---|---|
| 4678 | | BALANCE BROUGH |
| DATE 4-19-05 | | |
| PAY TO Shelley Bascom | | |
| FOR Witness Fees Lentz | TOTAL | |
| | THIS CHECK | 100 |
| | OTHER TRANS +/- | |
| TAX DEDUCTIBLE ☐ | BALANCE | |

## Transcript Costs

Fees and disbursements for deposition, pretrial and trial transcripts actually and necessarily obtained for use at trial by Plaintiff in this matter:

| | |
|---|---|
| Deposition Transcript Mary E. Lentz | $ 729.47 |
| Deposition Transcript Mark Huller, David Balzano, & Allen Matheny | $2,869.85 |
| Deposition Transcript Nora (Shelly) Bascom | $ 723.55 |
| Deposition Transcript Don Desseyn | $ 233.75 |
| **Total** for deposition transcripts: | **$4,556.62** |

Ace Reporting Services
30 Garfield Place
Suite 620
Cincinnati, OH 45202-4364
(513) 241-3200   Fax (513) 241-7958

DEC - 6

# STATEMENT

| ACCOUNT NO. | DATE |
|---|---|
| SUTHIN01 | 12/02/2002 |

Michael K. Sutherlin
Michael K. Sutherlin & Associates, PC
P.O. Box 441095
Indianapolis, IN 46244-1095

| CURRENT | 30 DAYS | 60 DAYS |
|---|---|---|
| .00 | 729.47 | |
| 90 DAYS | 120 DAYS & OVER | TOTAL D |
| .00 | .00 | 729 |

PAGE 1 OF 1

| INV DATE | INV NO. | BALANCE | JOB DATE | DEPONENT | | CAPTION |
|---|---|---|---|---|---|---|
| 10/15/2002 | 136660 | 729.47 | 09/30/2002 | Mary E. Lentz | AC | Mary Lentz vs. Cincinnati |

TAX ID NO.: 31-0725254

*Please detach bottom portion and return with payment.*

Michael K. Sutherlin
Michael K. Sutherlin & Associates, PC
P.O. Box 441095
Indianapolis, IN 46244-1095


PAID 3/5/03 CK# 3880

Account No.: SUTHIN01
Date       : 12/02/2002

TOTAL DUE  :  729.47

PAYMENT WITH CREDIT CARD

Card Holder's Name: _____
VISA/MC #: _____
Exp. Date: _____ Phone #: _____
Billing Address: _____
Amount to Charge: _____ Zip: ____

Remit To:   Ace Reporting Services
            30 Garfield Place
            Suite 620

FEDERAL I.D. NO. 31-1094258

## GIGLIO REPORTING SERVICES

3 Cypress Garden
Cincinnati, Ohio 45220
(513) 861-2200

DEC 18 2002

TO:  Michael K. Sutherlin, Esq.
Sutherlin & Associates
P.O. Box 441095
244 North College
Indianapolis, Indiana 46244-1095

INVOICE NO. 2002-270

DATE:  December 13, 2002

RE:  Mary Lentz vs. Cincinnati Insurance Co.
Case No. IP01-0662-C-T/G

<u>To Deposition of Mark Huller taken October 28, 2002, David Balzano taken October 29, 2002 and Allen Matheny taken October 30, 2002</u>

| | |
|---|---:|
| To attendance fee and original transcript of Mark Huller on October 28, 2002 | $1,379.05 |
| To attendance fee and original transcript of David Balzano on October 29, 2002 | 848.20 |
| To attendance fee and original transcript of Allen Matheny on October 30, 2002 | 642.60 |
| Total Due: | $2,869.85 |

Note:  Your transcripts UPS'd to you on December 10, 2002

Thank you.                                                                                       Net Due: Upon Receipt

**PLEASE RETURN INVOICE WITH PAYMENT**

# Mike Mobley Reporting

334 South Main Street
Dayton, OH 45402

Phone: (937) 222-2259    Fax: (937) 222-9747

Job Date: 02/20/2003
Order Date: 02/20/2003
DB Ref.#:
Date of Loss: / /
Your File #:
Your Client: Mary E. Lentz

# Invoice

Invoice #: 24662
Inv. Date: 02/26/2003
Balance: $723.55

| Bill To: | Action: Lentz, Mary E. |
|---|---|
| Michael K. Sutherlin, Esq. | vs |
| Michael K. Sutherlin & Associates | Cincinnati Insurance Co., et al. |
| P.O. Box 441095 | Action #: 01-CV-599 |
| 244 North College Avenue | Rep: BWD |
| Indianapolis, IN 46202 | Cert: CRR |

| Item | Proceeding/Witness | Description | Amou |
|---|---|---|---|
| 1 | | Appearance of the Reporter | $ |
| 2 | Nora Michelle (Shelly) Bascom | Original Transcript | |
| 3 | | ASCII Diskette | |
| 4 | | Shipping (UPS) | |

PAID
3/21/03
# 3916, $723.55

Comments:

SCHEDULE DEPOSITIONS ONLINE AT WWW.MOBLEYREPORTING.COM

| | |
|---|---|
| Sub Total | $ |
| Shipping | |
| Tax | N/A |
| Total Invoice | $ |
| Payment | |
| Balance Due | $ |

Federal Tax I.D.: 31-0949029    Terms: Net 30 Days @ 1.5%

Please KEEP THIS PART for YOUR RECORDS

# Archive Reporting Service

2336 North Second Street
P.O. Box 5559
Harrisburg, PA 17110
(717) 234-5922

# Invoice

Number: **18243**

Date: December 03, 2002

**Bill To:**

Michael Sutherlin
Michael Sutherlin & Assoc, P.C.
244 North College
Indianapolis, IN 46202

**Ship To:**

PAID

| Federal ID Number | Date of Service | Reporter |
|---|---|---|
| 23-2876180 | 10/31/02 | SR |

| Description | Pages / Hours | Rate | Amount |
|---|---|---|---|
| Re: Mary Lentz v Cincinnati Insurance Co. et al. | | | |
| Deposition of Don Desseyn | | | |
| Attendance fee | 1.00 | 35.00 | 35.0 |
| Transcript - 1 Original & 1 Condensed | 69.00 | 2.75 | 189.7 |
| Shipping - ground | 1.00 | 9.00 | 9.0 |
| | | Total | $233.7 |

Please remit one copy with payment. 1.5% interest will be added to invoices after 30 days. For Mastercard and Visa payments, please call the office. Archive Reporting Service is a qualified small business concern as defined in 4 PA Code Section 2.32.