## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| MARY E. LENTZ, | : | Case No.: 01-CV-599 |
| | : | |
| Plaintiff, | : | (Judge Watson) |
| | : | |
| v. | : | |
| | : | **SATISFACTION OF JUDGMENT** |
| CINCINNATI INSURANCE CO., et al., | : | |
| | : | |
| Defendants. | : | |

A jury in the above captioned matter considered the evidence, found in favor of Cincinnati Insurance Company on its counter claim, and entered a verdict awarding damages of $1,600.00. Plaintiff has paid said judgment and said judgment has been satisfied.

Respectfully submitted,

s/Deborah S. Adams
Deborah S. Adams (0005607)
Jack B. Harrison (0061993)
FROST BROWN TODD LLC
2200 PNC Center
201 East Fifth Street
Cincinnati, OH  45202
(513) 651-6705
(513) 651-6981 (fax)
dadams@fbtlaw.com
jharrison@fbtlaw.com

Trial Attorneys for Defendants

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on this 19th day of  August, 2005 a copy of the foregoing Satisfaction

of Judgment was filed electronically.  Notice of this filing will be sent to all parties by operation

of the Court's electronic filing system and copies will be mailed via U.S. Mail to those parties

who are not served via the Court's electronic filing system.  Parties may access this filing

through the Court's system.


s/ Deborah S. Adams_____