IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

MARY E. LENTZ,                          :

   vs                                    :       1:01cv599

CINCINNATI INSURANCE CO.                :

---

### NOTICE TO COUNSEL UPON FILING OF BILL OF COSTS

---

Bill of Cost (#163, #164 and #166) have been filed in the above styled case. Parties are advised that the Bill of Costs will be held in abeyance pending disposition of post trial motions and the Bill of Costs is re-filed.

JAMES BONINI, CLERK

S/Darlene Maury
Darlene Maury, Acting Division Manager